PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: <u>Allison Daniel Stegall, Jr.</u>   Case Number: <u>3:03-00027-01</u>

Name of Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>November 18, 2004</u>

Original Offense: <u>18 U.S.C. § 1201, Kidnaping for Purpose of Assault and 18 U.S.C.§ 2 , Aiding and Abetting</u>

Original Sentence: <u>168 months' custody; 5 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>June 17, 2011</u>

Assistant U.S. Attorney: <u>Robert C. Anderson</u>   Defense Attorney: <u>William B. Bruce</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 23rd day of July, 2012,
and made a part of the records in the above case.

_____
Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date    July 5, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|

**1.** **The defendant shall refrain from any unlawful use of a controlled substance:**

On May 23, 2012, Allison Stegall submitted a urine sample that tested positive for cocaine. Mr. Stegall denies using cocaine.

**2.** **The defendant shall pay restitution to the victim identified in the presentence report in an amount totaling $1,000,300.40. Payments shall be submitted to the United States District Court Clerk's Office, Eighth Floor, 801 Broadway, Nashville, TN, 37203. Restitution is due immediately. If the defendant is incarcerated, payment shall begin under the Bureau of Prisons' Inmate Financial Responsibility Program. Should there be an unpaid balance when supervision commences, the defendant shall pay the remaining restitution at a minimum monthly rate of 10 percent of the defendant's gross monthly income. Pursuant to 18 U.S.C. § 3664 (k), the defendant shall notify the Court and United States Attorney of any material change in economic circumstances that might affect ability to pay.**

After being approved for Social Security Income at a rate of $543 per month, the offender failed to make restitution payments for the months of February 2012, March 2012, April 2012 and June 2012.

**Compliance with Supervision Conditions and Prior Interventions:**

On January 31, 2012, a report was submitted to the Court reporting that the offender took medication that was prescribed to his daughter after running out of his prescription. No action was requested or ordered by the Court. Mr. Stegall began receiving Social Security Disability income due to his medical condition in November 2011. He has been reinstructed that he is required to pay 10% of his disability income towards restitution every month. Mr. Stegall has been referred for mental health treatment for persistent feelings of depression due to his medical condition and limited financial means. He has also been referred for a substance abuse assessment.

**U.S. Probation Officer Recommendation:**

It is requested that no action be taken by the Court at this time and Mr. Stegall be continued on supervised release. He has been verbally admonished for these violations and advised that future violations may result in severe sanctions by the Court.

The U. S. Attorney's Office has been notified of the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer