UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 10/3/13 at 10:00 a.m.**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:03-00027-1 |
| ) | JUDGE TRAUGER |
| ) | |
| ALLISON DANIEL STEGALL, JR. ) | |

### MOTION TO CONTINUE AUGUST 29 REVOCATION HEARING

Through counsel, defendant Stegall moves for a 30 day continuance of the revocation hearing currently set on August 29, 2013. Mr. Stegall is released on supervised release pending the outcome of this matter and has significant medical issues.

In support of this motion, the defendant would show the following:

On August 22, the probation office filed a supplemental petition with a new allegation. Counsel has not yet been able to discuss this with Mr. Stegall and, due to his particular phone service, counsel has been unable to leave him a voice message. Counsel would like some time to discuss this matter with Mr. Stegall. Afterwards, counsel would like an opportunity to confer with the prosecutor and probation officer about possible agreed dispositions, especially in light of Mr. Stegall's medical condition.

U.S. Probation Officer Lisa Capps, who is supervising Mr. Stegall, has advised that she has no opposition to continuing this matter.

Respectfully submitted,

  /s/ Caryll S. Alpert
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Allison Daniel Stegall, Jr.