**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00027 |
| | ) | Judge Trauger |
| | ) | |
| [1] ALLISON D. STEGALL, JR. | ) | |

**O R D E R**

By agreement of the parties, it is hereby **ORDERED** that this revocation proceeding is **CONTINUED** and **RESET** for January 13, 2014 at 3:30 p.m.

It is so **ORDERED.**

Enter this 3rd day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge