# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00027 |
| | ) | Judge Trauger |
| | ) | |
| [1] ALLISON D. STEGALL, JR. | ) | |

### O R D E R

It is hereby **ORDERED** that the revocation proceeding scheduled for June 27, 2014 is **RESET** for Thursday, June 19, 2014, at 2:30 p.m.

It is so **ORDERED.**

Enter this 6th day of June 2014.

_____
ALETA A. TRAUGER
United States District Judge