UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:03-00027-1 |
| | ) JUDGE TRAUGHER |
| ALLISON DANIEL STEGALL, JR. | ) |

==Motion GRANTED. Hearing reset for 9/22/14 at 11:00 a.m.==

*/s/ Judge Traugher*

## MOTION TO CONTINUE JUNE 19 REVOCATION HEARING

Through counsel, and after consultation with the probation officer and Assistant U.S. Attorney, defendant Allison Stegall moves for a three month continuance of the revocation hearing currently set on June 19, 2014. Mr. Stegall is released on supervised release pending the outcome of this matter and has significant medical issues.

In support of this motion, the defendant would show the following:

1. On April 25, 2014, Mr. Stegall admitted the violations set forth in the superseding petition alleging violations of supervision. The court continued the hearing for two months and directed Mr. Stegall to begin and participate in mental health treatment.

2. U.S. Probation Officer Lisa Capps advises that Mr. Stegall has now completed a mental health evaluation, has been prescribed medication, and will be continued in group counseling. Before a final resolution of this matter, Ms. Capps would like to see Mr. Stegall's progress in treatment.

3. After consultation among Ms. Capps, Assistant U.S. Attorney Brent Hannafan, and undersigned counsel, the parties ask the Court to continue the June 19 revocation hearing by approximately 90 days, which will provide all parties an opportunity to observe Mr. Stegall's progress in treatment.