IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00027 |
| | ) | Judge Trauger |
| | ) | |
| [1] ALLISON D. STEGALL, JR. | ) | |

### O R D E R

It is hereby **ORDERED** that the revocation proceeding scheduled for Monday, September 22, 2014, is **RESET** for the same day at 11:30 a.m.

It is so **ORDERED.**

Enter this 19th day of September 2014.

_____
ALETA A. TRAUGER
United States District Judge