# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:03-00027 |
| | ) | Judge Trauger |
| | ) | |
| [1] ALLISON D. STEGALL, JR. | ) | |

## O R D E R

It is hereby **ORDERED** that this revocation proceeding is set for further hearing on Friday, February 13, 2015, at 3:00 p.m.

It is so **ORDERED.**

Enter this 15th day of October 2014.

_____
ALETA A. TRAUGER
United States District Judge